1  SQUIRE SANDERS (US) LLP
   Mark C. Dosker (CA Bar #114789)
2  Carrie E. Jantsch (CA Bar #284877)
   275 Battery Street, Suite 2600
3  San Francisco, California  94111
   Telephone:     +1 415 954 0200
4  Facsimile:      +1 415 393 9887
   Email:           mark.dosker@squiresanders.com
5                    carrie.jantsch@squiresanders.com

6  SQUIRE SANDERS (US) LLP
   Amy L. Brown (admitted pro hac vice)
7  1200 19th Street, N.W., Suite 300
   Washington, D.C. 20036
8  Telephone:     +1.202.626.6600
   Facsimile:      +1.202.626.6780
9  Email: amy.brown@squiresanders.com

10 Attorneys for Defendant
   SOUTHWESTERN & PACIFIC SPECIALTY
11 FINANCE, INC. dba CHECK 'N GO

12                               UNITED STATES DISTRICT COURT

13                              NORTHERN DISTRICT OF CALIFORNIA

14                                       OAKLAND DIVISION

15

16  BILL GRAVES, MINERVA LOPEZ,                  Case No.: 4:13-cv-1159-SBA
    KHAMPHA KHAMVONGSA, KERRY
17  MILES, KAREN GARZA, on behalf of             (Related to Case No. 12-cv-05797-SBA)
    themselves and all persons similarly situated,
18                                                **STIPULATION AND ORDER STAYING**
                  Plaintiffs,                     **CASE PENDING JULY 29, 2014**
19                                                **SETTLEMENT CONFERENCE**
           v.
20
    SOUTHWESTERN & PACIFIC SPECIALTY
21  FINANCE, INC. dba CHECK 'N GO, AND
    Does 1 through 100, inclusive,
22
                  Defendants.
23

24          Plaintiffs Bill Graves, Minerva Lopez, Khampha Khamvongsa, Kerry Miles, and
25  Karen Garza ("Plaintiffs) and Defendant Southwestern & Pacific Specialty Finance, Inc.
26  ("Southwestern") (collectively, the "parties"), by and through their undersigned counsel, enter
27  into the following Stipulation:
28
                                                  - 1 -
    STIPULATION AND ORDER STAYING CASE PENDING JULY 29, 2014 SETTLEMENT CONFERENCE
                                   CASE NO. 13-cv-1159-SBA

1   WHEREAS, on February 19, 2014, following a Case Management Conference, the
2   Court issued an Order for Pretrial Preparation.  [ECF No. 48];

3   WHEREAS, at the February 19, 2014 Case Management Conference and in the
4   Order for Pretrial Preparation, the Court set forth a pretrial schedule that includes the following
5   pretrial deadlines:  filing Plaintiffs' Motion for Class Certification by July 1, 2014 and completing
6   fact discovery by January 27, 2015.  [ECF Nos. 47, 48];

7   WHEREAS, following the February 19, 2014 Case Management Conference, the
8   Court referred the case to the Honorable Jacqueline Scott Corley for settlement purposes;

9   WHEREAS, Magistrate Judge Corley held a teleconference with counsel for the
10  Parties on February 26, 2014, at which Magistrate Judge Corley and the Parties agreed that
11  meaningful settlement discussions could not occur until the Court ruled on Southwestern's
12  motion to compel arbitration in the related case, *Bernal v. Southwestern & Pacific Specialty*
13  *Finance, Inc.,* Case No. 12-cv-05797-SBA.  Magistrate Judge Corley ordered Defendant to notify
14  her when the Court ruled in the *Bernal* case.  [ECF No. 49, ¶ 8];

15  WHEREAS, on May 7, 2014, the Court ruled on the arbitration motion in *Bernal.*
16  [*Bernal,* ECF No. 68];

17  WHEREAS, Defendant's counsel then notified Magistrate Judge Corley of the
18  decision in *Bernal,* and Judge Corley held two teleconferences with the Parties' counsel (on May
19  20 and 22, 2014) to discuss settlement.  [ECF Nos. 58, 60];

20  WHEREAS, the Parties agreed to conduct a settlement conference with Magistrate
21  Judge Corley to discuss settling Plaintiffs' claims in this matter and Plaintiff Bernal's claims in
22  *Bernal;*

23  WHEREAS, Magistrate Judge Corley has set a settlement conference to be held on
24  July 29, 2014  [ECF No. 60]*;*

25  WHEREAS, an Order granting the scheduling adjustment stipulated to herein will
26  promote judicial economy and efficiency for the Court and the parties;

27
28

1    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE to an Order of the Court as
2 follows:
3    The case is stayed pending the July 29, 2014 settlement conference. Specifically, all
4 pending discovery is stayed, and the parties shall not propound or notice any additional discovery
5 until after the July 29, 2014 settlement conference. The deadline for filing the Motion for Class
6 Certification is vacated. If the case does not settle on July 29, 2014, then by August 1, 2014 the
7 parties shall file a joint status statement with the Court, proposing a revised schedule including a
8 revised class certification motion and briefing schedule.

10   Dated: May 2_, 2014                    SQUIRE SANDERS (US) LLP

12                                          By: _____
                                                   Mark C. Dosker

13                                          Attorneys for Defendant
                                            SOUTHWESTERN AND PACIFIC
14                                          SPECIALTY FINANCE, INC.
                                            dba CHECK 'N GO

15   Dated: May 2_, 2014                    LAKESHORE LAW CENTER

17                                          By: _____
                                                   Jeffrey Wilens

18                                          Attorneys for Plaintiffs
19                                          BILL GRAVES, MINERVA LOPEZ,
                                            KHAMPHA KHAMVONGSA, KERRY
20                                          MILES, AND KAREN GARZA

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: May 28, 2014

*[signature]*
United States District Judge

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Mark C. Dosker

C:\Users\kmdavis\Desktop\Electronic Filings\Graves\Stipulation_and_Order_Staying_Case_pending_settlement_conference.DOCX

- 5 -